IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| TONY TERRELL MOSES, SR., | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:11cv625-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Respondent. | ) | |

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner, a federal inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that petitioner's writ petition be denied. Also before the court are petitioner's objections (in which petitioner improperly continues to raise new claims) to the recommendations. After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the magistrate judge's recommendations adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of September, 2014.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**