IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| TONY TERRELL MOSES, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:11cv625-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

This cause is now before the court on petitioner's notice of appeal (doc. no. 39), which the court is treating as a motion for certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

***

Accordingly, it is ORDERED that petitioner's motion

for a certificate of appealability is denied.

DONE, this the 5th day of February, 2019.

                                        /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**